B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Melanie Holmes__ (name), certify that service of this summons and a copy of the complaint was made __3/15/19__ (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Muhammad Sayed Hamza Haris
  15194 Palo Pinto Drive
  Frisco, TX 75035
  and via CM, RRR #70123460000004436204

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __3/22/19__    Signature __/s/ Melanie Holmes__

Print Name:    __Melanie Holmes__

Business Address:    __10501 N. Central Expy., Ste. 106__

__Dallas, TX 75231__